AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| VERMIN LOVE SUPREME<br><br>*Plaintiff(s)*<br>v.<br>KANSAS STATE ELECTIONS BOARD; et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-CV-01182<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Derek Schmidt
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David P. Calvert (#06628)
DAVID P. CALVERT, P.A.
532 N. Market, Wichita, KS 67214
Tel: (316)269-9055  Fax: (316)269-0440
lawdpc@swbell.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/26/2018      s/ Sarah M. Zepick
*Signature of Clerk or Deputy Clerk*

TIMOTHY M. O'BRIEN
CLERK OF COURT
204 U.S. Courthouse
401 N Market
Wichita KS 67202-2011

## RETURN ON SERVICE TO BY FEDERAL EXPRESS

I hereby certify that I have shipped the Summons, Complaint, Designation of Place of Trial, Motion For a Temporary Restraining Order, Memorandum in Support of Motion for Temporary Restraining Order, Exhibit Nos. 1 – 21, Notice of Errata to Emergency Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction and Notice of Filing of Complaint and Motion for Temporary Restraining Order:

By shipping on the 26th day of June, 2018, a copy of the above-named pleadings in the above action by Federal Express; (2) the name and address on the envelope containing the process shipped by Federal Express, as shown on the delivery receipt below:



June 28, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **781600506218**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | K.ELSEN | Delivery location: | 120 SW 10TH AVE  2ND FLOOR |
| | | | Topeka, KS 66612 |
| Service type: | FedEx 2Day | Delivery date: | Jun 28, 2018 09:18 |
| Special Handling: | Deliver Weekday | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 781600506218 | Ship date: | Jun 26, 2018 |
| | | Weight: | 4.0 lbs/1.8 kg |

Recipient:
Derek Schmidt
120 SW 10th Ave
2nd Floor
Topeka, KS 66612 US

Shipper:
Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive,
Suiite 109
Las Vegas, NV 89117 US

Thank you for choosing FedEx.

By: /s/ David P. Calvert
David P. Calvert, #06628
David P. Calvert, P.A.
532 N. Market
Wichita, Kansas 67214
(316) 269-9055
Fax: (316) 269-0440
lawdpc@swbell.net

Marc J. Randazza, *pro hac vice*
Randazza Legal Group, PLLC
2764 Lake Sahara Dr., Suite 109
Las Vegas, NE 89117
(702) 420-2001
ecf@randazza.com