**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| VERMIN LOVE SUPREME, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>KANSAS STATE ELECTIONS BOARD; SECRETARY OF STATE KRIS KOBACH (in his official and personal capacity); GOVERNOR JEFF COLYER (in his official and personal capacity); GOVERNOR'S CHIEF COUNSEL BRANT LAUE (in his official and personal capacity); KANSAS ATTORNEY GENERAL DEREK SCHMIDT (in his official and personal capacity); ELECTIONS DIRECTOR BRYAN CASKEY (in his official capacity);<br><br>    Defendants. | Case No. 6:18-cv-01182-EFM-JPO<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff VERMIN LOVE SUPREME hereby voluntarily dismisses all claims as to all Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 10, 2018.

Respectfully submitted,

/s/ David P. Calvert
David P. Calvert (#06628)
DAVID P. CALVERT, P.A.
532 N. Market St.
Wichita, KS 67214
(316) 269-9055
Fax: (316) 269-0440
lawdpc@swbell.net

Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
ecf@randazza.com

Case No. 6:18-cv-01182-EFM-JPO

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ David P. Calvert</u>
David P. Calvert (#06628)